**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James Dennis Lehneke Jr.                       CHAPTER 13
                 Debtor(s)

                                                                 BKY. NO. 20-22926 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ **Brian C. Nicholas**
                                       Brian Nicholas
                                       22 Sep 2023, 15:29:04, EDT

                                       Brian C. Nicholas, Esq. (317240) ☑
                                       Denise Carlon, Esq. (317226) ☐
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106
                                       412-430-3594
                                       bkgroup@kmllawgroup.com