**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JAMES DENNIS LEHNEKE, JR. | Case No.:20-22926 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2020 and confirmed on 12/15/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,195.86 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,190.86 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,750.00 | |
|    Trustee Fee | 799.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,549.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE ET AL | 0.00 | 14,026.89 | 0.00 | 14,026.89 |
|   Acct: 6276 | | | | |
| US BANK NA - TRUSTEE ET AL | 8,896.32 | 660.17 | 0.00 | 660.17 |
|   Acct: 3408 | | | | |
| | | | | 14,687.06 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES DENNIS LEHNEKE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JAMES DENNIS LEHNEKE, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 954.48 | 0.00 | 954.48 |
|   Acct: | | | | |

| 20-22926 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| | | | | 954.48 |
| Unsecured | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 746.71 | 0.00 | 0.00 | 0.00 |
| Acct: 2540 | | | | |
| AT & T MOBILITY II LLC | 766.76 | 0.00 | 0.00 | 0.00 |
| Acct: 7379 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 4,345.35 | 0.00 | 0.00 | 0.00 |
| Acct: 0164 | | | | |
| WEST PENN POWER* | 5,079.80 | 0.00 | 0.00 | 0.00 |
| Acct: 6596 | | | | |
| GWENDOLYN LEHNEKE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0609 | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 15,641.54 |
|---|---:|---:|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 8,896.32 | |
| UNSECURED | 10.938.62 | |

Date: 10/03/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com