**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES DENNIS LEHNEKE, JR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:20-22926 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/14/2020 and confirmed on 12/15/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,195.86 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,195.86 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,750.00 | |
|    Trustee Fee | 799.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,549.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE ET AL++ | 0.00 | 14,026.89 | 0.00 | 14,026.89 |
|    Acct: 6276 | | | | |
| US BANK NA - TRUSTEE ET AL++ | 8,896.32 | 660.17 | 0.00 | 660.17 |
|    Acct: 3408 | | | | |
| | | | | 14,687.06 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JAMES DENNIS LEHNEKE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JAMES DENNIS LEHNEKE, JR. | 5.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 3,750.00 | 3,750.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 954.48 | 0.00 | 954.48 |
|    Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|    Acct: XXXXXXXXXXXXXXXXX2926 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 959.48 |
| **Unsecured** | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 746.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 2540 | | | | |
|   AT & T MOBILITY II LLC | 766.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 7379 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 4,345.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 0164 | | | | |
|   WEST PENN POWER* | 5,079.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 6596 | | | | |
|   GWENDOLYN LEHNEKE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0609 | | | | |
|   MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 15,646.54 |

TOTAL CLAIMED
PRIORITY            5.00
SECURED         8,896.32
UNSECURED      10.938.62

Date: 02/07/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com